**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 29, 2009

# NOTICE OF VOLUNTARY DISMISSAL

Re:   Allen v. NRA Group, LLC et al
       Civil Action No. 2:09-cv-00458-MEF

Pursuant to the Notices of Dismissal filed by the plaintiff on 10/28/09 (Documents 14 and 15), and Rule 41(a)(1)(A)(i) of the Fed.R.Civ.P. this case has been closed and removed from the docket of this court.